**MICHAEL M. LIN, ESQ.**
Nevada Bar No. 010392
**GLEN J HARPER, ESQ.**
Nevada Bar No. 12763
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
linlawgroup@gmail.com
Attorneys for Plaintiffs Chien-Kang Chen
and Ya Wen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| CHIEN-KANG CHEN, an individual; YA WEN, an individual;<br>　　　　Plaintiff,<br>vs.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　Defendants. | CASE NO.  2:18-cv-02157-JCM-PAL |

## S<small>TIPULATION</small>

/ / /

/ / /

/ / /

Page 1 of 2

## STIPULATION

IT HEREBY IS STIPULATED AND AGREED between Plaintiffs Chien-Kang Chen and Ya Wen by and through their attorneys of record of the Lin Law Group and Defendant Allstate Northbrook Indemnity Company by and through its' attorneys of record of McCormick, Barstow, Sheppard, Wayte & Carruth LLP will grant Plaintiffs' counsel a second two-week extension to file a response to Defendant's Motion to Dismiss or in the Alternative, To Stay Action. That counsels have mutually agreed that Plaintiffs' response to Defendant's Motion to Dismiss or in the Alternative, To Stay Action shall be file in the above court no later than by 5:00 pm PST on the 28th day of December 2018.

Dated this 14th day of December, 2018.         Dated this 14th day of December, 2018.

Respectfully submitted by:

| | |
|---|---|
| **LIN LAW GROUP** | **MCCORMICK, BARSTOW, SHEPPARD, WATYE & CARRUTH LLP** |
| */s/ Michael M. Lin, Esq.* | */s/ Renee M. Maxfield, Esq.* |
| **MICHAEL M. LIN, ESQ.** | **WADE. M. HANSARD, ESQ.** |
| Nevada Bar No. 10392 | Nevada Bar No. 8104 |
| **GLEN J HARPER, ESQ.** | **RENEE M. MAXFIELD, ESQ.** |
| Nevada Bar No. 12763 | Nevada Bar No. 12814 |
| 5288 Spring Mtn. Rd, Ste. 103 | 8337 West Sunset Road, Ste. 350 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89113 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| linlawgroup@gmail.com | Renee.Maxfield@mccormickbarstow.com |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2018