McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
   *wade.hansard@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
   *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Allstate Northbrook Indemnity
Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHIEN-KANG CHEN, an individual; YA WEN, an individual, | Case No. 2:18-cv-02157-JCM-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY LITIGATION** |
| v. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiffs CHIEN-KANG CHEN and YA WEN and Defendant ALLSTATE NORTHBROOK INDEMNITY COMPANY, hereinafter collectively referred to as "the Parties," hereby stipulate to the following and move the Court accordingly:

1.     The Parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2.     In order to effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiffs' personal injury claims, if any, and accordingly, the extent of their entitlement to contractual benefits, if any.

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas NV 89113

2:18-cv-02157-JCM-PAL

STIPULATION AND ORDER TO STAY LITIGATION

3. It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED.**

Dated: 1/23/2019

LIN LAW GROUP

By: _____
MICHAEL M. LIN, ESQ.
Nevada Bar No. 10392
GLEN J. HARPER, ESQ.
Nevada Bar No. 12763
5288 Spring Mountain Road, Suite 103
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: January 29, 2019

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED February 5, 2019.

By _____
UNITES STATES DISTRICT COURT JUDGE

5562219.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS NV 89113