# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHIEN-KANG CHEN, et al., | Case No. 2:18-CV-2157 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY, | |
| Defendant(s). | |

Presently before the court is the matter of *Chen et al. v. Allstate Northbrook Indemnity Company*, case number 2:18-cv-02157-JCM-PAL.

On February 5, 2019, the court stayed this litigation so that the parties may have their contractual benefits determined through private binding arbitration. (ECF No. 17). The court orders the parties to submit a joint status report regarding the arbitration every ninety (90) days starting from the date of this order.

Accordingly,

IT IS SO ORDERED.

DATED March 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**