McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

*Attorneys for Allstate Northbrook Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHIEN-KANG CHEN, an individual; YA WEN, an individual, <br><br>   Plaintiffs, <br><br> v. <br><br> ALLSTATE NORTHBROOK INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br>   Defendants. | Case No. 2:18-cv-02157-JCM-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and the parties above-named, by and through their respective counsel of record, that that above-entitled matter be dismissed with prejudice. Each party will be their own costs and attorneys' fees.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated: May 19th, 2022

LIN LAW GROUP

By: TA #13059
MICHAEL M. LIN, ESQ.
Nevada Bar No. 10392
TRAVIS D. AKIN, ESQ.
Nevada Bar No. 13059
5288 Spring Mountain Road, Suite 103
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: May 21, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: Renee Maxfield
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant Allstate
Northbrook Indemnity Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 1st day of June, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

8408722.1